**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 09-6172**

—————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

LINWOOD LYONS,

        Defendant - Appellant.

—————

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. Malcolm J. Howard, Senior District Judge. (4:01-cr-00020-H-1)

—————

Submitted: June 22, 2009        Decided: June 29, 2009

—————

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Linwood Lyons, Appellant Pro Se. Anne Margaret Hayes, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Linwood Lyons appeals the district court's order denying relief on his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We find no reversible error in the denial of Lyons' motion, and we affirm for the reasons stated by the district court. United States v. Lyons, No. 4:01-cr-00020-H-1 (E.D.N.C. Jan. 22, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED